Scottlynn J Hubbard IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244
Email:  USDCEast@HubsLaw.com

Attorneys for Plaintiff

Marc B. Koenigsberg, SBN 204265
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA  95814
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Email:  KoenigsbergM@gtlaw.com

Attorneys for Defendant
Thrifty Payless, Inc., dba Rite Aid #06105

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern,<br><br>    Plaintiff,<br><br>    vs.<br><br>Thrifty Payless, Inc. dba Rite Aid #06105, et al.,<br><br>    Defendants.<br>_____/ | Case No.  2:14-cv-00118-MCE-CMK<br><br>**Joint Stipulation for Dismissal and Order** |

TO THE COURT AND ALL PARTIES:

    Plaintiff Brenda Pickern and defendant Thrifty Payless, Inc. dba Rite Aid #06105, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: September 16, 2014        DISABLED ADVOCACY GROUP, APLC

                                              /s/ Scottlynn J Hubbard /
                                              SCOTTLYNN J HUBBARD IV
                                              Attorney for Plaintiff

Dated: September 16, 2014        GREENBERG TRAURIG, LLP

                                              /s/ Marc B. Koenigsberg /
                                              MARC B. KOENIGSBERG
                                              Attorney for Defendant Thrifty Payless, Inc., dba Rite Aid #06105

## ORDER

    Pursuant to the parties' joint stipulation (ECF No. 18) and Federal Rule of Civil Procedure 41, Plaintiff's Complaint is DISMISSED with prejudice in its entirety. The Clerk of the Court is directed to CLOSE this case.

    IT IS SO ORDERED.

Dated: September 19, 2014

                                      MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT